AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>GARFET PATTON<br><br>*Defendant(s)* | Case No.  1:24-mj-00071 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __6/2/24; 8/12/24; 8/13/24__ in the county of __Luzerne__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) and 2252A(a)(2) | Distribution of Child Sexual Abuse Material |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Philip Worthy, SA - HSI
*Printed name and title*

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF FED R. CRIM. P. 4.1 BY TELEPHONE.

Date: SEPTEMBER 5, 2024

_____
*Judge's signature*

City and state: Harrisburg, PA

Daryl F. Bloom, Chief U.S. Magistrate Judge
*Printed name and title*